428 A.2d 692

Commonwealth v. Ledbetter, Appellant.

Submitted April 16, 1980. Norman A. Levine, for appellant; Howard C. Klebe, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of sentence in the above case is hereby affirmed.